Michael **PUGLIA**, Plaintiff-Appellant,

v.

The Honorable John P. **COTTER** et al.,
Defendant-Appellees.

No. 127, Docket 71–1602.

United States Court of Appeals,
Second Circuit.

Argued Sept. 27, 1971.

Decided Sept. 27, 1971.

Joseph F. Trotta, New Haven, Conn. (Trotta, Trotta & Trotta, New Haven, Conn., on the brief), for appellant.

Robert L. Hirtle, Jr., Asst. Atty. Gen., Hartford, Conn. (Robert K. Killian, Atty. Gen., Hartford, Conn., on the brief), for appellees.

Before LUMBARD, MANSFIELD and OAKES, Circuit Judges.

PER CURIAM:

We affirm in open court on the opinion of Judge Zampano, 333 F.Supp. 940 (D.Conn.1971), except that Judge Oakes limits his concurrence to non-constitutional grounds.